UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V | : | CASE NO: 1:21-CV-10640 |

$35,980 IN UNITED STATES CURRENCY
SEIZED FROM USPS PRIORITY MAIL
EXPRESS PACKIGING

## MOTION FOR SUMMARY JUDGMENT

Now comes the defendant property and its owner David Rodriguez Molina, pursuant to Rule 56 of the Federal Rules of Civil Procedure and moves for summary judgment and for reason says that the complaint and accompanying affidavit do not establish probable cause.

Respectfully submitted,
**DAVID RODRIGUEZ MOLINA**
By his Attorney,

/s/ *John F. Cicilline*
John F. Cicilline, ESQ #0433
381 Atwells Avenue
Providence, RI 02909
Office 401-273-5600
Fax 401-454-5600

## CERTIFICATION

I hereby certify that on May 11, 2021 a true copy of the above document was served upon mail to all attorneys of record by ECF filing.

*John F. Cicilline*