UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V                                                                                         Case No.: 1:21-CV 10640

$35,980 IN UNITED STATES CURRENCY
SEIZED FROM USPS PRIORITY MAIL
EXPRESS MAIL
DAVID RODRIGUEZ MOLINA
CLAIMANT

## CLAIMANTS' ANSWERS TO SPECIAL INTERROGATORIES

1) David Rodriguez Molina, DOB 03/28/83, SSN 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, Born Staten Island, NY, P.R. Lic # 4931695, single, 5 children, Calle Modesta #503 Apt, 1505 Cond: Golden View, San Juan, P.R., December 2, 2020 to present, 1190 Charles St Apt 41, North Providence, RI 02909 (2017-2020).

2) None.

3) Claimant owns entire $35,980.

4-5) Sold Kepler Street, Providence, RI 02908, received $21,360 deposited in Band of America and then withdrew.
(2014-2020) Lewis Tree Service, 300 Lucius Gordon Drive, West Henrietta, NY14586, Direct Deposit Bank of America $700 weekly on occasion (storms) $1500 week, worked in RI.

6) See 4-5.

7) Did not tell anyone had money.

8) No one else has an interest in the $35,980.

9) Non.

10) None.

11) Not applicable.

12) None.

13) David Rodriguez Molina, Gordofamily1@gmail.com, 401-219-4599.

14) Christopher Pujols, P.O. Box 1696, Dorado, P.R. 00646.

Friend, he has no interest in the seized US currency.

The currency was mailed to Pujols because I believed that it was illegal to transport more than $10,000 on an airplane.

_____
David Rodriguez Molina


Respectfully submitted,
**DAVID RODRIGUEZ MOLINA**
By his Attorney,

/s/ *John F. Cicilline*
John F. Cicilline, ESQ #0433
381 Atwells Avenue
Providence, RI 02909
Office 401-273-5600
Fax 401-454-5600


**CERTIFICATION**

I hereby certify that on ~~July~~ August 9th, 2021 a true copy of the above document was served on all attorneys of record by ECF filing and mailed to Carol Head, Esq., Office of US Attorney, 1 Courthouse Way, Boston, MA 02210.

*John F. Cicilline*

Aff 10,047
Sworn and suscribed before me by David Rodriguez Jr. who I have identified by his driver's Linse # 4931695 in Carolina, PR on this day August 9th, 2021.