UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>$35,980.00 IN UNITED STATES CURRENCY, SEIZED FROM A USPS PRIORITY MAIL EXPRESS PACKAGE,<br>Defendant.<br><br>DAVID RODRIGUEZ MOLINA,<br>Claimant. | Civil Action No.: 1:21-cv-10640- LTS |

## STATUS REPORT

The United States of America, by its attorney, Rachael S. Rollins, United States Attorney for the District of Massachusetts, files this status report, with the assent of Claimant's counsel, to inform the Court that they have resolved the matter in principle.   The parties require additional time to finalize documentation of the resolution, but do not believe it is necessary to proceed with the status conference scheduled for **July 21, 2022**, and therefore request that the Court cancel or continue it.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney,

By:   /s/   *Carol E. Head*
CAROL E. HEAD
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
carol.head@usdoj.gov

Dated: July 20, 2022