UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| V. | : | 1:21-CV-10640LTS |
| | : | |
| **$35, 980 in U.S. CURRENCY** | : | |

## CLAIMANTS MOTION FOR PUNITIVE DAMAGES

Now comes the claimant David Rodriguez Molina in the above-entitled cause and avers as follows:

1. That on or about August 3, 2022, the parties executed a settlement agreement, and a stipulation of dismissal was entered as an order of this court.
2. By the terms of both documents the government agreed to restore the claimants $35,980 in U.S. currency.
3. To date the claimant remains unpaid.
4. That on September 29, 2022, counsel for the claimant e-mailed the government asking for help in securing the return of the claimants currency but has received no response or currency.

**Wherefore,** your claimant moves that this Honorable court assess the government a sum of punitive damages for the delay in payment and for the additional counsel fees that the claimant has been obliged to pay.

Respectfully submitted,
**DAVID RODRIGUEZ MOLINA**
By his Attorney,
/s/ *John F. Cicilline*
John F. Cicilline, ESQ #0433
381 Atwells Avenue
Providence, RI 02909
Office 401-273-5600
Fax 401-454-5600

## CERTIFICATION

I hereby certify that on October 11, 2022, a true copy of the above document was served upon mail to Carol E. Head, Assistant US Attorney, 1 Courthouse Way, Boston, MA 02210 and to all attorneys of record by ECF filing.

*John F. Cicilline*